# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRASHANT TIWARI,<br><br>   Plaintiff,<br><br>  v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC., et al.,<br><br>   Defendants. | Case No. 25-cv-09461-PCP<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 14 |

  Pro se plaintiff Prashant Tiwari moves to remand his action against various Toyota corporate and individual defendants. Dkt. 14. Tiwari's original complaint included federal causes of action and therefore provided a basis for this Court to exercise federal question jurisdiction over Tiwari's lawsuit. *See* 28 U.S.C. § 1331. After Toyota's removal, however, Tiwari amended his complaint to remove the federal causes of action. *See* Dkt. 13. "If (as here) the plaintiff eliminates the federal-law claims that enabled removal, leaving only state-law claims behind, the court's power to decide the dispute dissolves." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 30 (2025). Therefore, as defendants acknowledge, this Court no longer has subject matter jurisdiction Mr. Tiwari's motion to remand is granted, and this case shall be remanded to Santa Clara County Superior Court.

  **IT IS SO ORDERED.**

Dated: December 16, 2025

_____
P. Casey Pitts
United States District Judge